No. 594. C. V. BROWNE *v.* UNION PACIFIC RAILROAD COMPANY. November 26, 1923. Petition for a writ of

certiorari to the Supreme Court of the State of Kansas granted. *Mr. Ray Campbell* for petitioner. *Mr. N. H. Loomis* and *Mr. T. M. Lillard* for respondent.